UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VIDALE TASBY (#330329)

VERSUS

N. BURL CAIN, WARDEN, ET AL.

CIVIL ACTION

NO. 16-277-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated September 12, 2017 (R. Doc. 126) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Motion to Dismiss of the Louisiana Department of Public Safety and Corrections (R. Doc. 90) is GRANTED, dismissing Plaintiff's claims asserted against this Defendant, with prejudice.

Signed in Baton Rouge, Louisiana, on September 28, 2017.

　

**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**